UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH FIGUEROA (32),<br><br>         Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | Case No.: 3:12-cr-00236-GPC<br>3:16-cv-01435-GPC<br><br>**ORDER LIFTING STAY AND DIRECTING GOVERNMENT TO RESPOND** |

On June 9, 2016, Petitioner Jeremiah Figueroa ("Petitioner"), proceeding with counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C § 2255 arguing that his increased sentence under 18 U.S.C. § 924(c)(3)(B) is unconstitutional under Johnson v. United States, 135 S. Ct. 2551 (2015). (Dkt. No. 1972.) On August 9, 2017, the Court denied in part and stayed in part Petitioner's motion to vacate, set aside or correct his sentence pending the United States Supreme Court's ruling on Sessions v. Lynch, No. 15-1498, cert. granted sub nom. Lynch v. Dimaya, 137 S. Ct. 31 (Sept. 29, 2016) and the Ninth Circuit's decision in United States v. Begay, No. 14-10080, where it was considering the constitutionality of 15 U.S.C. § 924(c)(3)(B). (Dkt. No. 2084.) On March 29, 2017, a ruling on the Begay case was deferred pending

ruling by the Supreme Court in Dimaya v. Lynch. (United States v. Begay, Ninth Circuit Case No. 14-10080, Dkt. No. 87, Mar. 29, 2017.) On January 10, 2019, the Ninth Circuit continued its deferral on a ruling in the Begay case pending resolution of the Supreme Court's ruling in United States v. Davis. (Id., Dkt. No. 107, Jan. 10, 2019.)

On June 24, 2019, the Supreme Court held that the residual clause of 18 U.S.C. § 924(c) is unconstitutionally vague. United States v. Davis, 139 S. Ct. 2319, 2336 (2019). On July 14, 2019, Petitioner filed a Notice of Supreme Court Decision in *Davis* Declaring 18 U.S.C. § 924(c)(3)(B) Unconstitutional arguing that the government's "case-specific" approach was rejected by the Supreme Court and the Solicitor General conceded that Davis will apply retroactively to cases on collateral review. Petitioner also seeks a ruling as soon as possible. Accordingly, the Court LIFTS the stay and DIRECTS the government to respond to Petitioner's Notice on or before **August 9, 2019**.

IT IS SO ORDERED.

Dated: July 31, 2019

Hon. Gonzalo P. Curiel
United States District Judge